| | |
|---|---|
| 1 | MICHAEL E. WEINSTEN (BAR NO. 155680) |
|   | mweinsten@lavelysinger.com |
| 2 | HENRY L. SELF III (BAR NO. 223153) |
| 3 | hself@lavelysinger.com |
|   | LAVELY & SINGER |
| 4 | PROFESSIONAL CORPORATION |
| 5 | 2049 Century Park East, Suite 2400 |
|   | Los Angeles, California 90067-2906 |
| 6 | Telephone: (310) 556-3501 |
| 7 | Facsimile: (310) 556-3615 |

Attorneys for Defendants
GRACING INC. d/b/a GRACE IN LA and
JORDAN OUTDOOR ENTERPRISES, LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RCRV, INC. d/b/a ROCK REVIVAL, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GRACING INC. d/b/a GRACE IN LA, a California corporation, JORDAN OUTDOOR ENTERPRISES, LTD., a Georgia corporation, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02829-R (AFMx)<br>[Assigned to Hon. Manuel L. Real]<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed: April 25, 2016 |

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

2  PLEASE TAKE NOTICE that, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Gracing Inc. d/b/a Grace In LA and Jordan Outdoor Enterprises, Ltd. hereby disclose that neither has any parent corporation and that no publicly-held corporation owns 10% or more of either's stock.

Dated: May 19, 2016

LAVELY & SINGER
PROFESSIONAL CORPORATION
MICHAEL E. WEINSTEN
HENRY L. SELF III


By:   /s/ Michael E. Weinsten
      MICHAEL E. WEINSTEN
Attorneys for Defendants GRACING INC. d/b/a GRACE IN LA and JORDAN OUTDOOR ENTERPRISES, LTD.