UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:  2:16–cv–02829–R–AFM            Date:  7/13/2016

Title:  RCRV, INC V. GRACING, INC., ET AL

---

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                                  None

PROCEEDINGS:    ORDER (IN CHAMBERS) SETTING PRE–TRIAL & TRIAL DATES

COUNSEL ARE NOTIFIED that this action is hereby placed on calendar for FINAL PRE–TRIAL CONFERENCE on December 5, 2016 at 11:00 AM.

Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on or before November 14, 2016, which date will also serve as the discovery cut–off date in this action. There is no Motion Cut–Off Date set.

PRE–TRIAL CONFERENCE ORDER shall be lodged with this Court on or before November 28, 2016.

 Jury Trial is set as January 3, 2017 at 09:00 AM.

IT IS SO ORDERED.

cc: counsel of record

---

MINUTES FORM 11 CIVIL – –
GEN                                                                                           Initials of Deputy Clerk: cch