JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
LOUIS S. EDERER (*Pro Hac Vice*)
Louis.Ederer@aporter.com
MATTHEW T. SALZMANN (*Pro Hac Vice*)
Matthew.Salzmann@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000; Facsimile: (213) 243-4199

*Attorneys for Plaintiff RCRV, Inc. d/b/a Rock Revival*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| RCRV, INC. d/b/a ROCK REVIVAL, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRACING INC. d/b/a GRACE IN LA, a California corporation, JORDAN OUTDOOR ENTERPRISES, LTD., a Georgia corporation, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No.: 2:16-cv-02829-R (AFMx)<br><br>Hon. Manuel L. Real<br><br>**PLAINTIFFS' NOTICE OF LODGING ITS [PROPOSED] STIPULATED PROTECTIVE ORDER FOR CONFIDENTIAL TREATMENT OF DOCUMENTS OR INFORMATION**<br><br>Complaint Filed: April 25, 2016<br><br>**DISCOVERY MATTER** |

Plaintiff RCRV, Inc. d/b/a Rock Revival, and defendants Gracing, Inc. d/b/a Grace in LA and Jordan Outdoor Enterprises, Ltd. hereby lodge their [Proposed] Stipulated Protective Order For Confidential Treatment of Documents or Information (the "[Proposed] Order").  A true and correct copy of the [Proposed] Order is attached hereto as Exhibit A.

Dated: September 19, 2016                    ARNOLD & PORTER LLP


By:  /s/ Eric D. Mason
    John C. Ulin
    John.Ulin@aporter.com
    Eric D. Mason
    Eric.Mason@aporter.com
    Louis S. Ederer
    Louis.Ederer@aporter.com
    Matthew T. Salzmann
    Matthew.Salzmann@aporter.com

*Attorneys for Plaintiff RCRV, Inc. d/b/a Rock Revival*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.