ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
*Attorneys for RCRV, Inc. d/b/a Rock Revival*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RCRV, INC. d/b/a ROCK REVIVAL, a California corporation | CASE NUMBER |
| Plaintiff(s) | 2:16-cv-02829-R-AFM |
| v. | |
| GRACING INC. d/b/a GRACE IN LA, a California corporation, JORDAN OUTDOOR ENTERPRISES, LTD., a Georgia corporation, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10 | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Preston, Maxwell C    of    ARNOLD & PORTER LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    399 Park Avenue
(212) 715-1116    (212) 715-1399    New York, New York 10022-4690
*Telephone Number*    *Fax Number*
Maxwell.Preston@aporter.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

RCRV, Inc. d/b/a Rock Revival
*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Mason, Eric D    of    ARNOLD & PORTER LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    777 South Figueroa Street, 44th Floor
259233    (213) 243-4000    (213) 243-4199    Los Angeles, California 90017-5844
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
Eric.Mason@aporter.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application:
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: October 7, 2016**

*U.S. District Judge*

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1